IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER ADAMS, | ) |
| BARBARA JACKSON, | ) |
| and JANET ABDULLA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case 2:13-cv-682 |
| | ) |
| HOSPICE ADVANTAGE, LLC, | ) |
| and RONNIE DENNIS, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendant Hospice Advantage, LLC ("Defendant"), respectfully moves this Court for a fourteen day extension of time, until October 31, 2013, to respond to the Complaint without prejudice to any of Defendant's defenses. Counsel for the Plaintiffs does not oppose this motion.

Respectfully submitted,

*/s/ Mary Ann Couch*
One of the Attorneys for
Defendant Hospice Advantage, LLC

**OF COUNSEL**

John W. Smith T.
Mary Ann Couch
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jsmitht@babc.com
macouch@babc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system which will send electronic notification of such filing to the following:

>Greg L. Davis
>Dan W. Taliaferro
>DAVIS & TALIAFERRO, LLC
>7031 Halcyon Park Drive
>Montgomery, AL 36117
>(334) 832-9080
>(334) 409-7001 (fax)

and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants:

>Ronnie Dennis
>134 Rosewood Lane
>Dadeville, AL 36853

>*/s/ Mary Ann Couch*
>              OF COUNSEL

2